**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Jose SANTILLAN-MORALES,**
**Defendant-Appellant.**

**No. 16-10430**

United States Court of Appeals,
Ninth Circuit.

Submitted May 8, 2017 *

Filed May 8, 2017

Erica McCallum, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Jose Santillan-Morales, Pro Se

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

MEMORANDUM **

Jose Santillan-Morales appeals from the district court's judgment and challenges his guilty-plea conviction and 16-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Santillan-Morales's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Santillan-Morales the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.